**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **CARMONA,**<br><br>**Plaintiff,**<br><br>**-against-**<br><br>**COMMISSIONER OF SOCIAL SECURITY Defendant.** | **26-cv-4002( ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

As discussed during the August 26, 2026 conference, Mr. Carmona's Opposition is due by October 7, 2026 and any Reply from Defendant is due by October 21, 2026.

**SO ORDERED.**

**Dated**: August 26, 2026
New York, New York

Andrew L Carter Jr

**ANDREW L. CARTER, JR.**
**United States District Judge**