**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x

| | | |
|---|---|---|
| **CARMONA,**<br><br>**Plaintiff,**<br><br>**-against-**<br><br>**COMMISSIONER OF SOCIAL SECURITY,**<br>**Defendant.** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **1:26-cv-4002 (ALC)**<br><br>**<u>ORDER</u>** |

---------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

On July 8, 2026, Defendant filed its Motion to Dismiss or in the Alternative for Summary Judgment. ECF No. 8. On August 26, 2026, the Court ordered Plaintiff to file his opposition by October 7, 2026. ECF No. 16. Plaintiff has not filed any opposition.

Plaintiff is ORDERED to file his opposition by November 13, 2026. Defendant's reply, if any, is due by November 30, 2026.

**SO ORDERED.**

**Dated:** October 30, 2026
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**